**LAW OFFICES OF**
# MARTIN L. SCHMUKLER, P.C.
**139 CENTRE STREET**
**SUITE 208**
**NEW YORK, NEW YORK 10013-4553**

**JUDGE'S COURTESY COPY**

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

August 9, 2011

Mr. Chang Shan Liu
#41082-050, G-Unit
Cumberland
Federal Prison Camp
P.O. Box 1000
Cumberland, MD 21501

RECEIVED

AUG 15 2011

JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Dear Charles,

As you have requested and in accordance with the Court's instructions we are shipping you under separate cover voluminous copies of your file.

Very truly yours,

Martin L. Schmukler

MLS/lc

LAW OFFICES OF
MARTIN L. SCHMUKLER, P.C.
139 CENTRE STREET
SUITE 208
NEW YORK, NEW YORK 10013-1443

NTC
8.12

U S POSTAGE
$3.29
FCM LETTER
10018
Date of sale
08/10/11
02  1P00
09241237
FC002820010-4969

CERTIFIED MAIL™

9171 9690 0203 4017 1021 65

Honorable Jerome B. Simandle
United States District Judge
District of New Jersey
United States Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

K-RAYEI

0810215710i