

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA*<br>*United States Attorney* | *Camden Federal Building & U.S. Courthouse*<br>*Post Office Box 2098, 401 Market Street, 4th Floor*<br>*Camden, New Jersey 08101-2098* | *856/757-5026*<br>*Fax: 856/968-4917* |

July 30, 2025

Marcy Plye, Deputy in Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

   Re: U.S. v. Chang Shan Liu
     <u>Crim. No. 05-00355 (CPO)</u>

Dear Mrs. Plye:

 Please be advised that the above-mentioned matter has been completed with respect to defendant **CHANG SHAN LIU.**

 Kindly cancel your ORDER Setting Conditions of Release, dated August 26, 2005, in the Surety amount of **$400,000.00**.

           Very truly yours,

           ALINA HABBA
           United States Attorney

           <u>*/s/ **Jason Richardson***</u>
       By: JASOPN RICHARDSON
           Assistant U.S. Attorney